

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2021

No. 04-21-00046-CV

**IN RE** Brad **LARSEN**, RentWerx LLC d/b/a Larsen Properties, and Leah Larsen,
Relator(s)

Original Proceeding[1]

### ORDER

On May 5, 2021, a panel from this court issued an opinion and order conditionally granting Relators' petition for writ of mandamus. Real Parties in Interest timely filed a motion for rehearing, which the panel denied on June 9, 2021. On June 24, 2021, Real Parties in Interest timely filed a motion for en banc reconsideration.

The en banc court, having considered the mandamus record, the panel's May 5, 2021 opinion, the en banc motion, response, and reply, concludes Relators failed to show that the trial court abused its discretion. Thus, Relators are not entitled to the relief sought.

We grant the Real Parties in Interest's motion, withdraw the panel's May 5, 2021 opinion and order, substitute this opinion and order in their stead, and deny Relators' petition for writ of mandamus.

It is so **ORDERED** on October 6, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-10309, styled *Stephen D. Schumacher and Shannon Schumacher v. Brad Larsen, Individually; RentWerx LLC d/b/a Larsen Properties; and Leah Larsen*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.